# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AARON DRAIN,

    Plaintiff(s),

v.

JOHN DOE #1, et al.,

    Defendant(s).

Case No. 2:24-cv-01397-GMN-NJK

**ORDER**

On October 7, 2024, the Court ordered Plaintiff to make an initial partial filing fee of $28.00 by November 8, 2024. Docket No. 6 at 1. The Court warned that failing to do so may result in dismissal. *Id.* Plaintiff did not make that partial payment. In reviewing the docket, however, the Court notes that Plaintiff has updated his address given his transfer from Clark County Detention Center to High Desert State Prison and that Plaintiff may not have received the prior order. *See* Docket Nos. 7-9. Accordingly, the Court will *sua sponte* extend the deadline for Plaintiff to pay the partial filing fee of $28.00 to January 3, 2025. Failure to meet this deadline may result in dismissal of this action. Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).[1]

The Clerk's Office shall provide Plaintiff with two copies of this Order. Plaintiff is ordered to make the necessary arrangements to have one copy of this Order attached to the check in the amount of the designated fee.

Pursuant to 28 U.S.C. § 1915, the Nevada Department of Corrections will forward payments from the account of **Aaron Drain, Inmate Number 1193342** to the Clerk of the United

---

[1] After it has received the partial filing fee as ordered herein, the Court will screen Plaintiff's complaint as required by 28 U.S.C. § 1915. Nothing in this order should be construed as suggesting that the Court will allow any of Plaintiff's claims to proceed past the screening phase.

1

States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk of the Court will send a copy of this order to the Finance Division of the Clerk's Office. The Clerk will send a copy of this order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections** at formapauperis@doc.nv.gov.

IT IS SO ORDERED.

Dated: December 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge