UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON DRAIN,<br><br>          Plaintiff(s),<br><br>v.<br><br>JOHN DOE #1, et al.,<br><br>          Defendant(s). | Case No. 2:24-cv-01397-GMN-NJK<br><br>**ORDER** |

Plaintiff is required by statute to pay an initial partial filing fee of $28. *See* Docket No. 11; *see also* 28 U.S.C. § 1915(b)(1). Plaintiff has not done so. On January 29, 2025, the Court ordered Plaintiff to either pay the $28 filing fee or provide an updated factual showing as to his current financial situation. Docket No. 14. The deadline to comply with that order was March 31, 2025. *See id.* at 2. As a courtesy, Plaintiff will be given one final opportunity to address this issue. Unless the filing fee is paid in the interim, Plaintiff must provide an updated factual showing as to his financial situation by May 16, 2025. **Failure to comply with this order may result in a recommendation of dismissal.**

IT IS SO ORDERED.

Dated: April 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1